No. 85–6432.   JACKSON *v.* NEWSOME, WARDEN, 475 U. S. 1126.   Petition for rehearing denied.

No. 85–531.   CITY OF LOS ANGELES ET AL. *v.* HELLER, 475 U. S. 796.   Petition for rehearing denied.   JUSTICE BRENNAN took no part in the consideration or decision of this petition.

JUNE 2, 1986

No. 85–1344.   TAYLOR *v.* MOONEY, SUPERINTENDENT, WEST VIRGINIA DEPARTMENT OF PUBLIC SAFETY, ET AL.   Appeal from Cir. Ct. W. Va., Kanawha County, dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–1823.   STROOM *v.* CARTER, FORMER PRESIDENT OF THE UNITED STATES, ET AL.   Appeal from C. A. 3d Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–6669.   KEANE *v.* AMBACH.   Appeal from C. A. 2d Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–6670.   D'AREZZO *v.* ESTATE OF CHRISTY ET AL.   Appeal from Sup. Ct. R. I. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–6709.   ARNOLD *v.* SOUTH DAKOTA.   Appeal from Sup. Ct. S. D. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–1714.   PAYNE ET UX. *v.* MOUNT, SHERIFF OF WHATCOM COUNTY, WASHINGTON, ET AL.   Appeal from Ct. App. Wash. dismissed for want of jurisdiction.

No. 85–6521.   CAMPBELL *v.* GRIFFIN, DISTRICT JUDGE, FIRST JUDICIAL DISTRICT COURT OF NEVADA, CARSON CITY.   Appeal from Sup. Ct. Nev. dismissed for want of substantial federal question.